AO 245D   (Rev 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>EDWARD F. DAVISON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:  3:05-cr-122-LRH(VPC)<br>USM NUMBER:  37881-048 |

```
FILED          ___ RECEIVED
ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        JAN  1 4 2008

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Ramon Acosta
DEFENDANT'S ATTORNEY

**THE DEFENDANT**:

( ✓ )   admitted guilt to violating condition __see below__ of the term of supervision.

( )   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 9 | Shall refrain from any unlawful use of a controlled substance. | 8/6/08 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ✓ )   The defendant has not violated all conditions remaining in the original petition [24] and the addendum [32] thereto and is discharged as to such violation(s) of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc.Sec.: 9555

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:

In Custody

JANUARY 13, 2009
Date of Imposition of Judgment

Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

1/14/09
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | EDWARD F. DAVISON | Judgment - Page ___ |
| CASE NUMBER: | 3:05-cr-122-LRH(VPC) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>NINE (9) MONTHS</u>

( ✓ )   The court makes the following recommendations to the Bureau of Prisons:
Incarceration FCI Herlong, California.

( ✓ )   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
    ( )   at _____ a.m./p.m. on _____
    ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )   before 2 p.m. on _____
    ( )   as notified by the United States Marshal.
    ( )   as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
Deputy U.S. Marshal